IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CEDRIC GREENE and VALERIE STEPHEN** — **PLAINTIFFS**

**v.** **No. 3:26-cv-145-DPM**

**UNITED STATES OF AMERICA** — **DEFENDANT**

# ORDER

**1.** The application to proceed *in forma pauperis, Doc. 1,* is granted. Stephen didn't sign the application. Greene, however, reports that they live on government assistance and have no savings.

**2.** The Court must screen the complaint. 28 U.S.C. § 1915(e)(2). This Court isn't the proper venue for the plaintiffs' case. 28 U.S.C. § 1391(b). They haven't alleged that any party lives in the Eastern District of Arkansas, or that any events in their complaint occurred here. And the interests of justice do not demand transfer. 28 U.S.C. § 1406(a). Greene is under a filing restriction in the proper venue; transfer would be an end-run around that restriction. *Doc. 15, Greene v. Men's Central Jail et al.*, 2:11-cv-2359-UA-SS (C.D. Cal. 10 May 2011). Plus, the Central District of California has already dismissed Greene's complaint alleging substantially similar claims. *Doc. 9, Greene v. United States Department of Housing and Urban Development*, 2:22-cv-1271-DMG-MAA (C.D. Cal. 28 March 2022).

**3.** Greene, *pro se* and proceeding *in forma pauperis*, has filed thirty-three lawsuits in this Court since November 2025. Twenty-two of those cases have been dismissed, all before service of process. Stephen has joined in eight of Greene's cases; and she has only filed in this Court as co-plaintiff with him. Greene has been similarly prolific in other federal courts. In 2024, the United States Court of Federal Claims estimated that he had filed more than 300 cases nationwide in federal courts. *Greene v. United States*, 169 Fed. Cl. 334, 339 (2024). The Eastern District of Missouri deemed Greene a vexatious litigant after he filed more than thirty cases there. *In re Cedric Greene*, 4:25-mc-784-SRC. In November 2025, my Brother Rudofsky directed the Clerk of Court not to accept complaints from Greene alleging similar claims to those in a case he twice brought in this Court. *Doc. 6, Greene v. Hope the Mission*, 4:25-cv-1184-LPR.

*

The complaint in this case is frivolous. In light of the litigation history, the Court directs the Clerk of Court to place Cedric Greene and Valerie Stephen on the restricted-filer list because they have become serial vexatious litigants in this District. *In re Tyler*, 839 F.2d 1290, 1290–95 (8th Cir. 1988) (*per curiam*).

So Ordered.

D.P. Marshall Jr.
United States District Judge

2 November 2026