**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CEDRIC GREENE and VALERIE STEPHEN** — **PLAINTIFFS**

**v.** — **No. 3:26-cv-145-DPM**

**UNITED STATES OF AMERICA** — **DEFENDANT**

# ORDER

The Court has reconsidered. Greene and Stephen have not identified any manifest error of law, miscarriage of justice, or some other extraordinary circumstance. *Bennett v. Riceland Foods, Inc.*, 721 F.3d 546, 552–53 (8th Cir. 2013); *Innovative Home Health Care, Inc. v. P.T.-O.T. Associations of the Black Hills*, 141 F.3d 1284, 1286 (8th Cir. 1998). The Court therefore stands by its prior decision to restrict filing privileges and deny transfer. Motion, *Doc. 6*, denied.

So Ordered.

D.P. Marshall Jr.
United States District Judge

17 November 2026